## United States District Court

**NORTHERN DISTRICT OF TEXAS**
**1100 COMMERCE STREET**
**DALLAS, TEXAS 75242**

CHAMBERS OF
SENIOR JUDGE BAREFOOT SANDERS

PH: 214-753-2375
Fax: 214-753-2382
Barefoot_ Sanders@txnd.uscourts.gov

July 31, 2006

Fax: 202-502-1899
Judge Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, NE
Washington, D.C. 20544

Re:     **Financial Disclosure Report/Calendar Year 2005**

Dear Judge Smith:

This is in response to your July 25 letter regarding my 2005 Financial Disclosure Report.

I will try to answer the questions you raised in the order in which you raised them. The "Farm Land" is located in Collin County, Texas. It is my recollection that years ago I listed the location of the farm land and I was cautioned not to show that on my report. At any rate anyone who wants further information about the land can check the Deed Records of Collin County, Texas. (This is the omission which you mentioned on page 2 of your letter.)

In the third paragraph of your July 25 letter you question Part VII, page 6, lines 11 and 15. The "FNMA 1.5 Notes" were in fact listed in my 2004 report, on page 5, line 33, of that report.

With respect to the "Treas. Bills Due 3/23/06-4/20/06" the error is mine and I frankly do not know what I was thinking when I listed these two items together. A "Treas. Bill" was acquired October 20, 2005 and was due (and paid) April 20, 2006. The acquisition price was $98,020 and the redemption price 4/20/06 was $100,000, as will be disclosed in 2006 report.

Judge Ortrie D. Smith, Chair
July 31, 2006
Page 2


The reference to "Treas. Bill" Due 3/23/06 is to another Bill acquired 9/22/05, due 3/23/06, with acquisition cost of $49,085.93; it was redeemed for $50,000 3/23/06.  I apologize for the way in which these two Bills were listed on the 2005 Report.

I hope this clarifies the confusion but if you need further information please let me know.


                              Sincerely,



                         BAREFOOT SANDERS

AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sanders Harold Barefoot Jr. | Northern Dist. of Texas | 5/24/06 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) ___ Nomination, Date _____  ___ Initial  ✓ Annual  ___ Final | 6. Reporting Period |
|---|---|---|
| Senior Dist. Judge | 5b. ___ Amended Report | 1/1 – 12/31/05 |

**7. Chambers or Office Address**

1100 Commerce
Dallas TX 75242

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

|  | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| ☒ | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

RECEIVED
2006 MAY 25 A 11: 02
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| ☒ | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

|  | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| ☒ | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

|  | | |
|---|---|---|
| ☒ | NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SANDERS | 5-24-06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | Fifth Circuit Judicial Conf - 5/05 New Orleans (reimbursed by U.S. Treasury) | reimbursement for transportation, lodging & food only |
| 3 | Bar Association of St Louis, MO for plane fare and hotel and meals | attend & speak at functions honoring Senior Chief Judge John Nangle 6/05 |
| 4 | Duke Law School, Durham NC reimbursed expenses for transportation, lodging & food only | speak at Law School function 9/05 |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SANDERS | 5/24/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 DFW Braniff 6 ⁷⁵ₐ | A | INT | √ | T | | | | | |
| 2 UT Austin 5 ³⁄₈₅ | C | " | L | T | | | | | |
| 3 Harris County Tx 5ᴬ | B | " | L | T | | | | | |
| 4 Alliance Bond Fund | D | " | M | T | | | | | |
| 5 Evergreen Money Mkt | D | " | M | T | | | | | |
| 6 Williams Cos. Common | A | DIV | √ | T | | | | | |
| 7 Fidelity Emerg Asia | None | | √ | T | | | | | |
| 8 Nuveen Growth | A | DIV | √ | T | | | | | |
| 9 ACM Govt Fund | D | DIV, | L | T | | | | | |
| 10 AES Corp, | None | | √ | T | | | | | |
| 11 Alliance World | A | Divr, | K | T | Buy more | 12/20 | K | purchase | T |
| 12 Amerada Hess | R | DIV | K | T | | | | | |
| 13 AIG | A | DIV | --- | | Sold | 5/12 | K | D | Gain |
| 14 Biopure | None | | √ | T | | | | | |
| 15 CNET | None | | √ | T | | | | | |
| 16 CSX | A | DIV. | L | T | | | | | |
| 17 Duff/Phelps Utils. | D | DIV. | M | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SANDERS | 5/24/06 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 DEVON EM ENERGy | A | DIV. | J | T | Buy | 1/16 4/19 | √ | — | |
| 2 ENTERPRISE PRODUCTS | E | DIV | N | T | | | | | |
| 3 FIRST INDUSTRIAL | B | DIV. | √ | T | | | | | |
| 4 HARTFORD INCOME SHARES | B | DIV. | SELL PART | | | 12/20 | K | No Gain | |
| 5 GEN MOTORS | NONE | | √ | T | SELL | 6/1 | √ | No Gain | |
| 6 FOSTER WHEELER | A | DIV. | √ | T | PART SOLD | 12/20 | √ | HS GAIN | |
| 7 GLAXO SMITH KLINE | B | DIV | L | T | | | | | |
| 8 ILLINOIS TOOL | A | DIV. | J | T | | | | | |
| 9 KINDER MORGAN INC. | A | DIV. | √ | T | | | | | |
| 10 LIBERTY PROPTY | B | DIV. | K | T | | | | | |
| 11 MFS TRUST COMPANY | B | DIV. | SOLD | | 12/20/05 | | N | No Gain | |
| 12 MERCK | A | DIV. | K | T | | | | | |
| 13 MERRILL LYNCH Com. | A | DIV. | K | T | | | | | |
| 14 " " PFD. | C | DIV. | L | T | | | | | |
| 15 MFS R OFFSHORE | NONE | | N | T | | | | | |
| 16 NUVEEN SELECT #1 | D | DIV. | M | T | | | | | |
| 17 " " #2 | D | DIV. | M | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SANDERS | 5/24/06 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Nuveen Mun. Value | D | Div. | M | T | | | | | |
| 2 Peerless MFG. | | None | ✓ | T | | | | | |
| 3 Pepsico. | D | Div. | O | T | | | | | |
| 4 Pioneer Nat. Res. | A | Div. | M | T | | | | | |
| 5 Plains All American | Distrib | C | L | T | | | | | |
| 6 Royal Dutch Shell | B | Div. | K | T | | | | | |
| 7 ~ AT&T | | | | | | | | | |
| 8 (Formerly SBC) | A | Div. | ✓ | T | | | | | |
| 9 Sabine Royalty | E | Distrib. | N | T | | | | | |
| 10 St. Paul | A | Div. | K | T | | | | | |
| 11 TXU | D | Div. | M | T | | | | | |
| 12 Num Brands | A | " | K | T | | | | | |
| 13 TVA (Registered) | B | " | | | Redeem | 1/3 | L | No Gain | |
| 14 Tupperware | A | " | J | T | | | | | |
| 15 Westar Energy | B | " | K | T | | | | | |
| 16 Aquila Corp. | | None | ✓ | T | | | | | |
| 17 Whirlpool | A | Div. | K | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

3

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SANDERS | 5/24/06 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | ZWEIG FUND | B | Div. | J | T | SELL PART | 12/20 | J | | No GAIN |
| 2 | BILLIARE TECH | H | OTHE | K | T | | | | | |
| 3 | CARDINAL SELF STORAGE | C | Distr. | K | W | | | | | |
| 4 | TREAS NOTE 1/06 | C | INT. | L | T | | | | | |
| 5 | TREAS. NOTE 1/11 | C | INT. | L | T | | | | | |
| 6 | TVA NOTES PFD. | B | INT. | K | T | | | | | |
| 7 | UNIV. CONN. BONDS | B | " | M | T | | | | | |
| 8 | RICHARDSON TX BONDS | D | " | M | T | | | | | |
| 9 | AUSTIN TX BONDS | D | " | M | T | | | | | |
| 10 | COMERICA PFD. | C | DIV | L | T | | | | | |
| 11 | SBC NOTES | D | INT. | M | T | | | | | |
| 12 | AQUILA PFD. | C | DIV. | L | T | | | | | |
| 13 | FW ISD BONDS | B | INT. | L | T | | | | | |
| 14 | SAN ANTONIO So 125 | C | " | M | T | | | | | |
| 15 | TREAS. NOTES | B | " | L | T | | | | | |
| 16 | VICTORIA TX BOND | B | " | L | T | | | | | |
| 17 | DFW BRANIFF 80 | B | " | J | T | PART REDEEM | 4/1 | J | | GAIN - |

1. **Income/Gain Codes:** A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. **Value Codes:**  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. **Value Method Codes:** Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

4

| Name of Person Reporting | Date of Report |
|---|---|
| SANDERS | 5/24/06 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 SOUTH CAROLINA BOND | B | INT. | L | T | | | | | |
| 2 JAX. FLA 4.625% | C | " | L | T | | | | | |
| 3 TX ST. WATER BONDS | B | " | L | T | | | | | |
| 4 KANSAS ST. BONDS | B | " | L | T | | | | | |
| 5 TREAS. INFLATION NOTES | C | " | M | T | | | | | |
| 6 " " " | B | " | L | T | | | | | |
| 7 TREAS BONDS '31 | D | " | M | T | | | | | |
| 8 KINDER MORGAN PTHRS | B | div. | K | T | | | | | |
| 9 PUBLIC STORAGE 6.5 PFD | C | DIV | L | T | | | | | |
| 10 TREAS NOTES 2.375 | B | INT | K | T | | | | | |
| 11 " " 1.25 | B | " | L | T | | | | | |
| 12 FNMA 3.375 | C | " | L | T | | | | | |
| 13 " 4.32 | C | " | K | T | | | | | |
| 14 FNMA 3.3 | B | " | K | T | | | | | |
| 15 JAX FLA. 2.75 | B | " | K | T | | | | | |
| 16 VIRGINIA RE BOND | B | " | L | T | | | | | |
| 17 FIDUC. CLAYMORE FUND | A | " | J | T | Buy MORE | 12/20 | K | | PURCHASE T |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

5

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SANDERS | 5/24/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 NATL WESTERN | A | DIV | K | T | | | | | |
| 2 AMER FINANE GRP PFC | A | " | N | V | | | | | — — — |
| 3 INDUST INV. | C | DISTR | U | H | | | | | |
| 4 SERIES E BONDS | NONE | | K | T | | | | | |
| 5 UNDIV. INT. LAND | NONE | | K | W | | | | | |
| 6 MEDCO | NONE | | J | T | | | | | |
| 7 DIRECT TV | NONE | | J | T | | | | | |
| 8 FARM LAND | NONE | | N | W | | | | | |
| 9 | | | | | | | | | |
| 10 U.S. TREAS(2) I BONDS | NONE | | K | T | Buy | 12/21 | K | T | |
| 11 FNMA 1.5 NOTES | A | INT. | REDEEM | — | 7/8 | N | No GAIN T | |
| 12 Royal BK Scotland | A | INT. | L | T | By | 10/14 | L | PURCHASED | T |
| 13 SATURN T PFD | A | DIV. | K | T | Buy | 12/20 | K | " | T |
| 14 | | | | | | | | | |
| 15 TREAS BILLS DUE | NONE | | M | T | | | | | |
| 16 3/23/06 - 4/20/06 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

6

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SANDERS | 5/24/06 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions.) | | | ✓ | | | | | | |
| Royalty / Min Interests | | | | | | | | | |
| 1 DUNCAN OIL | None F; | Rtly | ✓ | W | | | | | |
| 2 SW OPERATING | A | Rtty | ✓ | W | | | | | |
| 3 CHEVRON | A | " | ✓ | W | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

7

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SANDERS | 5/24/06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  HOME DEPOT | A | Div. | ✓ | T | | | | | |
| 2  MFS | A | " | " | " | | | | | |
| 3  MERCK | A | " | " | " | | | | | |
| 4  SW AIRLINES | A | " | " | " | | | | | |
| 5  EVERGREEN MONEY MKT | A | INT | ✓ | T | | | | | |
| 6  NUVEEN TAX FREE | " | " | K | T | | | | | |
| 7  NI SOURCE | " | DIV | ✓ | T | | | | | |
| 8  BIOCURE | NONE | | ✓ | T | | | | | |
| 9  TIME WARNER | A | DIV | ✓ | T | | | | | |
| 10  YAHOO | " | " | " | " | | | | | |
| 11  CITIZENS CORE GRP | NONE | | " | " | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
                   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

P

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| _Shipers_ | 5/14/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. Income during reporting period (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. Gross value at end of reporting period (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) IRA | | | | | | | | | |
| 1 Treas. Note Due 1/05 | None | None | | | Redeemed | 1/05 | No Gain | | |
| 2 Citizens Core Grp | None | | K | T | | | | | |
| 3 Ballard Power | None | | J | T | | | | | |
| 4 Liberty Propty | B | Div. | K | T | | | | | |
| 5 Motorola | A | Div | J | T | | | | | |
| 6 Treas Note 5/07 | A | Int. | J | T | | | | | |
| 7 Brinker Internats. | None | | K | T | | | | | |
| 8 Pepsico | A | Div | J | T | | | | | |
| 9 ING Prime -Rate | A | Int. | J | T | | | | | |
| 10 TX Instrmts. | A | Div | J | T | | | | | |
| 11 Yum | None | | J | T | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
   (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

9

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | _Janders_ | 5/24/06 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatu_____ Date _5/24/06_____

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544